# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tigran Petrosyan, | No. CV-26-00073-PHX-KML (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| Luis Rosa, Jr., et al., | |
| Respondents. | |

On January 6, 2026, petitioner filed this action under § 2241 challenging his immigration detention.  (Doc. 1.) The Court ordered respondents to show cause why the petition should not be granted. (Doc. 5.) On January 20, 2026, respondents filed a notice indicating petitioner was removed from the United States. (Doc. 7.) Because petitioner is no longer in custody, the petition is moot.  *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007) ("We hold that because Abdala's habeas claims challenged only the length of his detention . . . his grievance could no longer be remedied once he was deported.  His petition was thus rendered moot by his removal.")  The court will therefore dismiss this action as moot.

/

/

/

/

/

IT IS THEREFORE ORDERED petitioner's petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

IT IS FURTHER ORDERED all pending motions are denied and the clerk of court must enter judgment accordingly and close this case.

Dated this 22nd day of January, 2026.

Honorable Krissa M. Lanham
United States District Judge